# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. HUDDLESTON,<br><br>          Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. CV 17-05368-JEM<br><br>**JUDGMENT** |

    In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: May 31, 2018

                                                          */s/ John E. McDermott*
                                                          JOHN E. MCDERMOTT
                                             UNITED STATES MAGISTRATE JUDGE